PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ALBERTO FIGUEROA,<br><br>                              Defendant. | CASE NO.  1:24-CR-00094-KES<br><br>MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE WITHOUT PREJUDICE; VACATE STATUS HEARING; ORDER<br><br>DATE: July 26, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, moves to dismiss without prejudice the Supervised Release Violation Petition ("the Petition") in the interest of justice.  Dkt. 4.

The Petition charged Alberto Figueroa ("Mr. Figueroa") with five charges involving new law violations.[1]  All charges related to Mr. Figueroa's arrest by Fresno Police Department on June 22, 2024, involving an alleged domestic violence incident.  Although the State of California ("the State") initially filed charges against Mr. Figueroa on June 25, 2024, relating to a domestic violence incident that allegedly occurred on May 24, 2024, these charges were dismissed on July 10, 2024.  *The People of the State of California v. Alberto Nunez Figueroa*, Case No. F24904318.  After reviewing the report and evidence, there is insufficient evidence to proceed with the charges as alleged in the petition.  Therefore,

---

[1] The Petition mistakenly lists both of the two last charges as, "Charge 4."

1

1    considering the insufficiency of the evidence and in the interest of justice, the government moves to

2    dismiss the pending Petition.  The government conferred with the United States Probation Office, who

3    indicated they support the government's motion to dismiss.

4            The government requests that the Court dismiss the Petition and vacate the Status Hearing

5    currently scheduled for July 26, 2024.

6

7     Dated:  July 17, 2024                              PHILLIP A. TALBERT
                                                          United States Attorney
8

9                                               By:   /s/ ARELIS M. CLEMENTE
                                                     ARELIS M. CLEMENTE
10                                                   Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

IT IS HEREBY ORDERED that the Supervised Release Violation Petition is dismissed without prejudice in the interest of justice.  Dkt. 4.  All future dates in this matter, including the Status Hearing scheduled for July 26, 2024, are VACATED.

All other conditions of the defendant's Supervised Release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   July 18, 2024

UNITED STATES DISTRICT JUDGE