ERIC GRANT
United States Attorney
NICHOLAS ENRICO KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALBERTO FIGUEROA,<br><br>                    Defendant. | CASE NO. 1:24-CR-00094-KES<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; AND ORDER<br><br>DATE: October 23, 2025<br>TIME: 2:00 p.m. |

    This case is set for a status conference on a supervised release on October 23, 2025. The parties agree and stipulate to continue the status conference until November 5, 2025.

**STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status conference on a supervised release violation on October 23, 2025.

    2.    The United States and defendant are awaiting additional discovery and discussing case status for possible resolution.

    3.    By this stipulation, defendant now moves to continue the status conference until **November 5, 2025, at 2:00 p.m**.

4.   No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

| Dated: October 20, 2025 | ERIC GRANT<br>United States Attorney |
|---|---|
| | /s/ NICHOLAS ENRICO KARP<br>NICHOLAS ENRICO KARP<br>Assistant United States Attorney |
| Dated: October 20, 2025 | /s/ SERITA RIOS<br>SERITA RIOS<br>Counsel for Defendant<br>ALBERTO FIGUEROA |

## **ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for October 23, 2025 at 2:00 p.m. is continued to **November 5, 2025 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated:   **October 21, 2025**          /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE