Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ALBERTO FIGUEROA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            vs.<br><br>ALBERTO FIGUEROA,<br><br>                    Defendant. | ) Case No. 1:24-CR-00094-KES<br>)<br>) **MOTION TO TERMINATE CJA**<br>) **APPOINTMENT AND ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

On October 17, 2025, CJA Panel Counsel, Serita Rios, was appointed to represent Defendant, ALBERTO FIGUEROA, in his criminal case. Mr. Figueroa was sentenced on December 15, 2025; Mr. Figueroa was in custody at sentencing. The time for filing a direct appeal was December 29, 2025, no direct appeal was filed. The trial phase of Mr. Figueroa's criminal case has, therefore, come to an end. Having completed her representation of Mr. Figueroa Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Figueroa require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: January 14, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

---

## ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, ALBERTO FIGUEROA, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Alberto Figueroa
Taft Community Correctional Facility
330 Commerce Way
Taft, CA 93268

IT IS SO ORDERED.

Dated:    January 14, 2026

_____
UNITED STATES DISTRICT JUDGE

**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER**